ELLIS Jon Mathis #136969
Name and Prisoner/Booking Number

P.O. Box 8909 - Yuma/Cibola
Place of Confinement

ADCRR
Mailing Address

San Luis, Ariz. 85349
City, State, Zip Code

FILED ✓   LODGED ___
RECEIVED ___  COPY ___

APR 24 2023

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Ellis Jon Mathis #136969,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) J. Durham (SV519) SVPD,
(Full Name of Defendant)

(2) J. Humphrey (SV570) SVPD,

(3) V. Noga (PD268) SVPD,

(4) Unknown Sierra Vista Police Chief,

(5) City of Sierra Vista Arizona
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-23-00195-TUC-JCH(PSOT)**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sierra Vista, Arizona

Revised 3/11/16

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: J. DURHAM BADGE# (SVS19). The first Defendant is employed as: SIERRA VISTA POLICE OFFICER at SIERRA VISTA POLICE DEPARTMENT.
   (Position and Title)                (Institution)

2. Name of second Defendant: J. HUMPHREY BADGE# (SVS70). The second Defendant is employed as: SIERRA VISTA POLICE OFFICER at SIERRA VISTA POLICE DEPARTMENT.
   (Position and Title)                (Institution)

3. Name of third Defendant: V. NOGA BADGE# (PD268). The third Defendant is employed as: SIERRA VISTA POLICE OFFICER at SIERRA VISTA POLICE DEPARTMENT.
   (Position and Title)                (Institution)

4. Name of fourth Defendant: UNKNOWN POLICE CHIEF. The fourth Defendant is employed as: SIERRA VISTA POLICE CHIEF at SIERRA VISTA POLICE DEPARTMENT.
   (Position and Title)                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? N/A. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2-A

## B. DEFENDANTS

1. Name of first Defendant: **Sierra Vista Police Chief**. The first Defendant is employed as: **Cheif of Police** (Position and Title) at **Sierra Vista Police Dept.** (Institution).

2. Name of second Defendant: **City of Sierra Vista**. The second Defendant is employed as: _____ (Position and Title) at _____ (Institution).

3. Name of third Defendant: _____. The third Defendant is employed as: _____ (Position and Title) at _____ (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? **N/A**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2-B

N/A

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 4TH. AMENDMENT OF THE UNITED STATES CONSTITUTION

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: CONSTITUTIONAL RIGHTS

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   THE DEFENDANT, OFFICER DURHAM UNLAWFULLY STOPPED, SEARCHED AND PROLONGED A TRAFFIC STOP. AFTER STOPPING PLAINTIFF, OFFICER DURHAM STATED SHE WAS GOING TO ISSUE PLAINTIFF A WARNING CITATION. INSTEAD OF ISSUING THE TICKET DURHAM ORDERED PLAINTIFF TO STEP OUT HIS VEHICLE. THE PLAINTIFF ASKED WHY HE HAD TO EXIT AFTER PROVIDING HIS LICENSE AND VALID INSURANCE? DEFENDANT DURHAM AGAIN ORDERED PLAINTIFF TO EXIT HIS VEHICLE AND DIRECTED PLAINTIFF TO SIT ON A LOWER BRICK FOUNDATION. THEN DURHAM TOLD DEFENDANT OFFICER HUMPHREY TO WRITE THE WARNING CITATION. NO WARNING CITATION WAS ISSUED OR COMPLETED. THE THIRD OFFICER NOGA STOOD OVER THE PLAINTIFF AS TO RESTRICT HIM TO SITTING ON THE BRICK FOUNDATION. ALL THREE SIERRA VISTA OFFICER'S PARTICIPATED IN THE "PROLONGING OF THE TRAFFIC STOP.

   THE DEFENDANT DURHAM TURNED THE TRAFFIC STOP, PROLONGED INTO A DRUG INVESTIGATION, DIVERTING FROM THE ORIGINAL MISSION OF A TRAFFIC STOP.

   THE "PROLONGING OF THE TRAFFIC STOP THE DEFENDANT'S CONDUCTED TO DISPATCH A K-9 SNIFF VIOLATED THE PLAINTIFF'S 4TH. AMENDMENT RIGHT AGAINST ILLEGAL SEIZURES.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). "CIVIL RIGHT DEPRIVATION" THE INJURY TO PLAINTIFF CAUSED PLAINTIFF'S LIBERTY TO BECOME VIOLATED FROM AN ILLEGAL SEARCH AND SEIZURE. CAUSING PSYCHOLOGICAL MENTAL PAIN AND SUFFERING UNDER DURESS, LOSS OF VEHICLE, TOOLS AND PERSONAL PROPERTY.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I SUBMITTED A NOTICE OF CLAIM TO RISK MANAGEMENT AND SIERRA VISTA POLICE DEPARTMEN, Office of Attourney General, & Sierra Vista City Counsel.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 4TH AMENDMENT
U.S. CONSTITUTIONAL RIGHTS VIOLATION

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: CONSTITUTIONAL RIGHTS

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 3·10·22 SIERRA VISTA POLICE DEPARTMENT OFFICER HUMPHREY UNLAWFULLY PARTICIPATED IN THE PROLONGING OF A TRAFFIC STOP. OFFICER HUMPHREY UNLAWFULLY SEARCHED PLAINTIFFS VEHICLE AND FAILED TO COMPLETE WRITING THE UNIFORM TRAFFIC TICKET AND TURNED THE TRAFFIC STOP INTO A DRUG INVESTIGATION. HUMPHREY DIVERTED FROM THE TRAFFIC-BASED MISSION OF THE STOP TO INVESTIGATE ORDINARY CRIMINAL CONDUCT, (2) IN A WAY THAT 'PROLONGS' (I.E., ADDED TIME) TO THE STOP, AND (3) HUMPHREY PARTICIPATED IN DETOURING THE MISSION. THE INVESTIGATION IS UNSUPPORTED BY ANY INDEPENDANT REASONABLE SUSPICION. HUMPHREY'S PARTICIPATION IN THE DELAY VIOLATED PLAINTIFFS U.S. 4TH. AMENDMENT CONSTITUTIONAL RIGHTS.

   (SEE UNITED STATE CONSTITUTIONAL CASE RODRIGUEZ V. UNITED STATES, 575 U.S. 348 (2015).
   PLAINTIFF, PLEAD GUILTY TO POSSESSION OF DRUGS KNOWINGLY, VOLUNTARILY AND INTELLIGENTLY. WHEREFORE, UNDER BYRD V. PHOENIX POLICE DEPARTMENT 885 F.3d 639, 643 (9TH. CIR. 2018).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). "CIVIL RIGHT DEPRIVATION" DEFENDANT VIOLATED THE PLAINTIFFS U.S. CONSTITUTIONAL RIGHTS UNDER THE 4TH AMENDMENT, CAUSING HIM A LOSS OF LIBERTY, INJURYING HIM MENTALLY, PSYCHOLOGICALLY CAUSING DURESS, AND LOSS OF HIS VEHICLE, PERSONAL POSSESSIONS, AND CONFIDENCE IN FREEDOM TO DRIVE.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I SUBMITTED A NOTICE OF CLAIM TO RISK MANAGEMENT AND TO SIERRA VISTA POLICE DEPARTMENT, Office of Attorney General, & Sierra Vista City Counsel.

## COUNT III

1. State the constitutional or other federal civil right that was violated: __4TH AMENDMENT OF THE UNITED STATES CONSTITUTION__.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities     ☐ Mail          ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☑ Other: __CONSTITUTIONAL__.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   DEFENDANT, OFFICER; NOGA UNLAWFULLY PARTICIPATED IN THE PROLONGING OF A TRAFFIC STOP, ON 3·10·2022, WITHOUT ANY CAUSE OR INDEPENDENT INVESTIGATION OFFICER NOGA ASSISTED BOTH OFFICER DURHAM, AND HUMPHREY IN ILLEGALLY SEIZING PLAINTIFF, AND STOOD OVER PLAINTIFF RESTRICTING HIS MOVEMENT AS PLAINTIFF WAS FORCED TO SIT ON A BRICK STRUCTURE BEYOND THE TIME LIMITS TO COMPLETE THE MISSION OF A TRAFFIC STOP.

   OFFICER NOGA ASSISTED IN THE PROLONGING OF PLAINTIFF ALLOWING A ROUTINE TRAFFIC STOP TO TURN INTO A DRUG INVESTIGATION AND NEVER TRIED TO INTERVENE THE CONSTITUTIONAL VIOLATION OF UNLAWFULLY DEVIATION OF A TRAFFIC STOP, NOR ENCOURAGED THE FELLOW DEFENDANTS TO ISSUE A TRAFFIC CITATION OR STOP THE UNCONSTITUTIONAL ACTIONS HE PARTICIPATED IN, THE IMPERMISSABLE "PROLONGED STOP".

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). "CIVIL RIGHT DEPRIVATION" DEFENDANT NOGA CAUSED INJURY TO PLAINTIFF'S PSYCHOLOGICAL MENTAL DURESS, LIBERTY AND DENIAL OF CONSTITUTIONAL RIGHT TO BE FREE FROM ILLEGAL SEARCH AND SEIZURES BY LAWS OF THE UNITED STATE CONSTITUTION, LOSS OF VEHICLE AND PERSONAL POSSESSIONS.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☑ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __I SUBMITTED A NOTICE OF CLAIM TO RISK MANAGEMENT AND TO THE SIERRA VISTA POLICE DEPARTMENT, Attourny General office, & Sierra Vista City Council__.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## D. CAUSE OF ACTION

### COUNT IV

1. State the constitutional or other federal civil right that was violated: 14TH AMENDMENT DUE PROCESS AND EQUAL PROTECTION OF THE LAW. RECKLESS INDIFFERENCE, NEGLIGENCE.

2. Count IV Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: U.S. CONSTITUTIONAL

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   THE SIERRA VISTA POLICE CHIEF IS RESPONSIBLE FOR FAILURE OF HIS EMPLOYEES. NEGLIGENCE AND RECKLESS INDIFFERENCE FOR HIS OFFICERS VIOLATING THE U.S. CONSTITUTION, AND ARIZONA CONSTITUTIONAL RIGHTS THAT PROTECT CITIZENS LIBERTY.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). DEPRIVATION OF RIGHTS VIOLATION OF MY FEDERAL AND STATE CONSTITUTIONAL RIGHTS UNDER THE 14TH AMENDMENT AND ILLEGALLY BEING SEIZED VIOLATING MY U.S. 4TH AMENDMENT CAUSING MENTAL DURESS AND PSYCHOLOGICAL PAIN AND SUFFERING AND LOSS OF VEHICLE AND PERSONAL PROPERTY

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NOTICE OF CLAIM

3

## COUNT V

1. State the constitutional or other federal civil right that was violated: 14TH AMENDMENT DUE PROCESS AND EQUAL PROTECTION OF THE LAW, RECKLESS INDIFFERENCE, NEGLIGENCE.

2. **Count V.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: U.S. CONSTITUTIONAL

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   THE CITY OF SIERRA VISTA, CONTRACTED AND HIRED THE SIERRA VISTA POLICE DEPARTMENT AND ITS CHIEF AND POLICE OFFICERS WHOM THEY ARE RESPONSIBLE FOR THE U.S. CONSTITUTIONAL RIGHTS THEY HAVE VIOLATED AGAINST MY LIBERTY AND DEPRIVATION OF MY 4TH. AND 14TH. AMENDMENT RIGHTS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   DEPRIVATION OF MY U.S. CONSTITUTIONAL RIGHTS FEDERAL AMENDMENT 4TH. AND 14TH. INJURYING ME PSYCHOLOGICALL, CAUSING MENTAL DISTRESS AND LOSS OF MY VEHICLE AND PERSONAL PROPERTY.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Notice of claim

## E. REQUEST FOR RELIEF

State the relief you are seeking:
PUNITIVE, MONETARY AND INJUNCTIVE RELIEF.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 8th 2023
            DATE

_[Signature]_
SIGNATURE OF PLAINTIFF

R. Jackson
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.