1
2
3
4
5
6
## IN THE UNITED STATES DISTRICT COURT
7
## FOR THE DISTRICT OF ARIZONA
8

9 | Ellis Jon Mathis,

10      Plaintiff,

11 v.

12 J. Durham, et al.,

13      Defendants.

14

**NO. CV-23-00195-TUC-JCH (P)**

**JUDGMENT IN A CIVIL CASE**

15    **Decision by Court.**  This action came for consideration before the Court.  The
16 issues have been considered and a decision has been rendered.

17    IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April
18 1, 2024, Plaintiff to take nothing, and the complaint and action are dismissed with
19 prejudice for failure to state a claim.  This dismissal may count as a "strike" under
20 28 U.S.C. § 1915(g).

21           Debra D. Lucas
22           District Court Executive/Clerk of Court

23 June 17, 2024

24           s/ M. Espinoza
        By   Deputy Clerk

25
26
27
28